UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT, | No. 2:22-cv-1015–KJN |
| Plaintiff, | ORDER |
| v. | |
| PETRO STAR OIL CO. et al., | |
| Defendants. | |

    This action was assigned to the undersigned Magistrate Judge under the court's automated case assignment plan. See Local Rules, Appendix A, subsection (m). Defendants have filed an answer, and the parties have filed a joint status report for scheduling purposes. However, the scheduling of the case depends on whether all parties intend to consent to the jurisdiction of a Magistrate Judge for all purposes, including for the entry of final judgment. See 28 U.S.C. § 636(c). The parties received information about the option to consent to such jurisdiction and the Consent/Decline form to notify the Clerk of the Court of their election. (ECF No. 3.) A review of the docket shows the court has received only one consent/decline form. There is no obligation to consent, and no judge will be notified of a party's decision unless all parties have consented. See Fed. R. Civ. P. 73(b)(1). Still, there is an obligation for each party to inform the court of their decision whether or not to consent to Magistrate Judge jurisdiction for all purposes.

The consent/decline election allows for proper case assignment and administrative processing. For instance, if all parties consent, then this case will proceed before the undersigned, in which circumstance it is appropriate for the undersigned to set the case schedule—based on the information provided in the joint status report. If all parties do not consent, however, the case will be reassigned to a random District Judge as presiding judge, with the undersigned continuing for the referral purposes set forth in the Local Rules. In that circumstance, the scheduling order will issue based on a joint assignment.

Accordingly, it is HEREBY ORDERED that:

1. No later than **September 8, 2022**, any party who has yet to file their consent/decline form shall do so;

2. The Clerk of the Court shall review the current consent/decline forms that have been submitted, and should pro se defendants need to make their election, the Clerk shall send a copy of the form and copy of the initial scheduling order (ECF No. 3) to that defendant; and

3. The parties shall exchange initial disclosures by September 9, 2022, as agreed to in the joint status report. The remainder of the case will be scheduled once all consent forms have been submitted.

Dated: August 25, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gilb.1015