1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 300 South First Street, Suite 342
San Jose, California 95113
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 E-mails: tanya@moorelawfirm.com,
service@moorelawfirm.com
5
6 Attorney for Plaintiff,
Darren Gilbert

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>Plaintiff,<br><br>vs.<br><br>PETRO STAR OIL CO., et al.,<br><br>Defendants. | No. 2:22-cv-01015-KJN<br><br>**SECOND REQUEST FOR EXTENSION OF TIME WITHIN WHICH TO FILE DISPOSITIONAL DOCUMENTS FOR DEFENDANTS; ORDER** |

WHEREAS, Plaintiff Darren Gilbert ("Plaintiff"), and only Defendants, Petro Star Oil Co., Faraz A. Saeed, Trustee of the Faraz A. Saeed 2020 Family Trust, and Muhammad R. Saeed, Trustee of the Faraz A. Saeed 2020 Family Trust ("Defendants") have reached a settlement in this matter;

WHEREAS, the Court has ordered dispositional documents to be filed by June 27, 2023 (Dkt. 28);

WHEREAS, not all conditions of settlement were met by Defendants;

NOW, THEREFORE, Plaintiff hereby respectfully requests that the time within which dispositional documents must be filed be extended to July 21, 2023.

Dated: June 26, 2023              MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert

### ORDER

Upon request of Plaintiff and good cause appearing.

**IT IS HEREBY ORDERED** that the time within which dispositional documents for Defendants, Petro Star Oil Co., Faraz A. Saeed, Trustee of the Faraz A. Saeed 2020 Family Trust, and Muhammad R. Saeed, Trustee of the Faraz A. Saeed 2020 Family Trust that must be filed be extended to July 21, 2023.

**IT IS SO ORDERED**.

Dated:  June 28, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

gilb.1015