Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Darren Gilbert

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN GILBERT,<br><br>   Plaintiff,<br><br> vs.<br><br>PETRO STAR OIL CO.; FARAZ A. SAEED, Trustee of THE FARAZ A. SAEED 2020 FAMILY TRUST; MUHAMMAD R. SAEED, Trustee of THE FARAZ A. SAEED 2020 FAMILY TRUST;<br><br>   Defendants. | No. 2:22-cv-01015-KJN<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Darren Gilbert and Defendants, Petro Star Oil Co., Faraz A. Saeed, Trustee of the Faraz A. Saeed 2020 Family Trust, and Muhammad R. Saeed, Trustee of the Faraz A. Saeed 2020 Family Trust, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: June 30, 2023              MOORE LAW FIRM, P.C.

                                  _/s/ Tanya E. Moore_
                                  Tanya E. Moore
                                  Attorney for Plaintiff,
                                  Darren Gilbert

Dated: June 30, 2023              _/s/ Faraz A. Saeed_
                                  Faraz A. Saeed, Trustee of the Faraz A. Saeed
                                  2020 Family Trust
                                  Pro Se Defendant

Dated: June 30, 2023              _/s/ Muhammad R. Saeed_
                                  Muhammad R. Saeed, Trustee of the Faraz A.
                                  Saeed 2020 Family Trust
                                  Pro Se Defendant

## ATTESTATION

I attest that the original signature of the person(s) whose electronic signature is shown above is maintained by me, and that their concurrence in the filing of this document and attribution of their signature was obtained.

                                  _/s/ Tanya E. Moore_
                                  Tanya E. Moore
                                  Attorney for Plaintiff,
                                  Darren Gilbert